IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. |
| ORIN JACKSON | 1:10cr0289-TWT |
| Defendant(s) | |

ORDER REVOKING SUPERVISED RELEASE

JUDGMENT AND COMMITMENT

On June 18, 2013 came the attorney for the government and the defendant Orin Jackson appeared in person and with counsel, Nicole Kaplan.

A probation officer of this Court moved the Court to revoke the supervised release heretofore granted the defendant on January 6, 2006, Southern District of Texas for the period of five (5) years.

Upon considering the evidence in support of motion, that the defendant violated certain terms and conditions of supervised release, and the Court having found that defendant violated certain terms and conditions of his supervised release as outlined in the Court's findings of fact in detail on the record during the hearing, the defendant Orin Jackson's supervised release is hereby revoked, and

IT IS ADJUDGED that the defendant Orin Jackson, having been found guilty of violating the terms and conditions of his supervised release, is hereby committed to the custody of the Bureau of Prisons for a period of twelve (12) months, with no supervised release to follow. The Court recommends the Bureau of Prisons : That the defendant be designated to a facility which meets Bureau of Prisons criteria, that is closest to the defendant's family in the Atlanta, Georgia area.

IT IS ORDERED that the Clerk deliver a copy of this judgment and commitment to the United States Marshall or other qualified officer and that the copy serve as the commitment of the defendant.

SO ORDERED this 18th day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE